## STATE of Missouri, Plaintiff–Respondent,

v.

## David WALLIS, Defendant–Appellant.

### No. 53310.

Missouri Court of Appeals,
Eastern District,
Division Two.

May 10, 1988.

Robert C. Wolfrum, Asst. Public Defender, St. Charles, for defendant-appellant.

William L. Webster, Atty. Gen., Robert V. Franson, Asst. Atty. Gen., Jefferson City, for plaintiff-respondent.

## ORDER

PER CURIAM:

A jury found defendant guilty of stealing (§ 570.030, RSMo) and declared punishment at "no imprisonment but a fine, in an amount to be determined by the Court". The trial court imposed a fine of $2,500.00 for the offense and further ordered defendant to pay $36.00 to the Crime Victims' Compensation Fund. Defendant appeals asserting his motion for judgment of acquittal should have been sustained because the evidence addressed was legally insufficient to support a conviction for stealing.

We have reviewed the entire record and find there is ample evidence to support defendant's conviction. No jurisprudential purpose would be served by a written opinion. The judgment is affirmed in accordance with Rule 30.25(b).